FILED

12/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0346

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0346

STATE OF MONTANA,

Plaintiff and Appellee,

v.

WILLIAM GRUSSING,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 28, 2022, within which to prepare, serve, and file the State's response.

CL

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 28 2021